JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS BYERS, | Case No. CV 14-07192 CJC (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: May 11, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE